IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ELVIS ALEXANDER RODAS-ALBERTO,
Petitioner,

v. Civil No. 3:26cv442 (DJN)

WARDEN,
FARMVILLE DETENTION CENTER, *et al*.,
Respondents.

**ORDER**
**(Ordering Status Report)**

This matter comes before the Court on its own initiative. On June 1, 2026, the Court entered an Order granting Petitioner Elvis Alexander Rodas-Alberto's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1 ("Petition" or "Pet.")) and ordering Respondents to provide Petitioner with a bond hearing in front of an Immigration Judge within seven (7) days of the Court's Order's issuance. (ECF No. 9.) Respondents filed a notice with the Court on June 9, 2026, confirming that a bond hearing was held for Petitioner on June 4, 2026, at which Petitioner was denied bond as a danger to the community and as a flight risk. (ECF No. 10 at 1.) Given the resolution of all outstanding matters in this case, the Court hereby ORDERS Petitioner to file a notice with the Court stating any reasons why this case may not be closed. If Petitioner does not file a status report by June 26, 2026, the case will be closed.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: June 12, 2026